IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIPINKUMAR NARIA, individually and on behalf of a similarly situated class of individuals,<br><br>Plaintiff,<br><br>v.<br><br>TROVER SOLUTIONS, INC., HEALTHCARE RECOVERIES, INC., and HEALTHCARE RECOVERIES, a division of Trover Solutions, Inc,<br><br>Defendants. | No. C 13-02086 WHA<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

As stated in the order dated August 23, 2013 (Dkt. No. 17), the parties were required to proceed to arbitration and this action was stayed. Since then, more than six months have passed. Accordingly, the parties are requested to please file a joint report as to the status of their arbitration proceedings. This report is due by **5 PM ON MARCH 25, 2014**.

**IT IS SO ORDERED.**

Dated: March 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE